UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | No. 2:16-cv-0035-GEB-KJN PS<br><br><br><br>ORDER |

Presently pending before the court is plaintiffs' motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1] (ECF No. 2.) The affidavit in support of the motion indicates that plaintiffs' household has a gross biweekly income of approximately $2,330.38, i.e., $60,589.88 annually. According to the United States Department of Health and Human Services, the poverty guideline for a household of 5 people not residing in Alaska or Hawaii is $28,440.00 for 2016. See https://aspe.hhs.gov/poverty-guidelines. Thus, plaintiffs' gross household income is in excess of 200% of the 2016 poverty guideline. Additionally, although plaintiffs are still making mortgage payments, they are owners of a home with an approximate value of $600,000.00.

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

Presently, a filing fee of $400.00 is required to commence a civil action in this court. The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1). Here, the court cannot find that plaintiffs are unable to pay, or provide security for, the court filing fee. To be sure, the court is sympathetic to the fact that plaintiffs do not have a large income by any measure, and that plaintiffs also have several expenses to contend with. However, numerous litigants in this court have significant monthly expenditures, and may have to make difficult choices as to which expenses to incur, which expenses to reduce or eliminate, and how to apportion their income between such expenses and litigating an action in federal court. Such difficulties in themselves do not amount to indigency.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to proceed *in forma pauperis* (ECF No. 2) is denied.
2. Within 28 days of this order, plaintiffs shall pay the applicable filing fee. However, the court will entertain a request for a reasonable extension of time to pay the fee should such an extension be necessary.
3. Failure to timely pay the filing fee, or timely request an extension of time to do so, may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: March 24, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE