1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAURA BRATSET, et al.,                    No.  2:16-cv-0035-GEB-KJN PS

12            Plaintiffs,

13        v.                                   ORDER

14   DAVIS JOINT UNIFIED SCHOOL
     DISTRICT, et al.,
15

16            Defendants.

17

18        The court is in receipt of plaintiffs' objection to defendant Winters Joint Unified School

19   District's motion to dismiss, which is accompanied by five exhibits (Exhibits A-E).  Exhibits A

20   and B reference the minor plaintiff's name and date of birth throughout the documents.  Out of an

21   abundance of caution, IT IS HEREBY ORDERED that:

22        1.  The Clerk of Court shall file plaintiffs' objection and Exhibits C-E on the court's

23            public docket, but shall TEMPORARILY FILE UNDER SEAL Exhibits A and B.

24        2.  Within fourteen (14) days of this order, plaintiffs shall file with the court either:  (a)

25            redacted versions of Exhibits A and B that obliterate all references to the minor

26            plaintiff's name and date of birth; or (b) a brief statement indicating that plaintiffs

27            have no objection to the unredacted versions of Exhibits A and B being filed on the

28            court's public docket.

1

1      3.  Failure to timely respond to this order will be construed as plaintiffs' waiver of any

2          objection, and will result in the unredacted versions of Exhibits A and B being filed on

3          the court's public docket.

4      IT IS SO ORDERED.

5   Dated:  June 27, 2016

6

7                                                KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28