UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al., | No. 2:16-cv-0035 GEB DB PS |
| Plaintiffs, | |
| v. | ORDER |
| DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiff, Laura Bratset, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 25, 2017, defendant Davis Joint Unified School District filed a motion to dismiss. (ECF No. 56.) In support of that motion to dismiss defendant filed various exhibits. (ECF Nos. 5 & 6.) On June 19, 2017, defendant filed a request to seal defendant's Exhibit 6. (ECF No. 63.) Therein, defendant notes that defendant's Exhibit 6 contains the full name of a minor. (Id. at 1.)

All documents filed with the court are presumptively public. See San Jose Mercury News, Inc. v. U.S. Dist. Court, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-established that the fruits of pretrial discovery are, in the absence of a court order to the contrary, presumptively public."). However, pursuant to the Local Rules, when filing documents, counsel shall omit or, where reference is necessary, partially redact certain personal data identifiers. Local Rule 140(a).

Minors' names are one such personal identifier.  Local Rule 140(a)(i).

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Defendant's June 19, 2017 request to seal (ECF No. 63) is denied;

      2.  Within 14 days of the date of this order defendant shall file defendant's Exhibit 6 with the minor's name redacted; and

      3.  Upon defendant's filing, the Clerk of the Court shall replace defendant's original filing (ECF No. 56-6 at 35-38), with the redacted version of defendant's Exhibit 6.

Dated:  June 22, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bratset0035.red.ord