UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al., | No. 2:16-cv-0035 GEB DB PS |
| Plaintiffs, | |
| v. | ORDER |
| DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 19, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Defendant Winters Joint Unified School District has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed December 19, 2017 (ECF No. 73) are adopted in full;

2. Defendant DJUSD is dismissed from this action without prejudice;

3. Defendant WJUSD's May 19, 2017 motion to dismiss (ECF No. 55) is granted in part and denied in part;

4. Plaintiff Laura Bratset is permitted to proceed on her claims under the IDEA;

5. Defendant WJUSD's motion to dismiss the second amended complaint's challenge to the December 8, 2015 OAH decision is denied;

6. All other claims found in the second amended complaint asserted against defendant WJUSD are dismissed without leave to amend; and

7. Defendant WJUSD shall file an answer to the second amended complaint's challenge to the December 8, 2015 OAH decision within fourteen days of the date of this order.

Dated: January 31, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

/bratset0035.jo