1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAURA BRATSET, et al.,                    No.  2:16-cv-0035 KJM DB PS

12                   Plaintiffs,

13         v.                                   ORDER

14    DAVIS JOINT UNIFIED SCHOOL
      DISTRICT, et al.,
15

16                   Defendants.

17

18         Plaintiff, Laura Bratset, is proceeding pro se in this action.  Therefore, the matter was

19    referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

20    On February 16, 2018, defendant filed an answer.  (ECF No. 77.)

21         Accordingly, pursuant to the provisions of Rule 16 of the Federal Rules of Civil

22    Procedure, **IT IS ORDERED** that:

23         1.  A Status (Pretrial Scheduling) Conference is set for **Friday, March 30, 2018, at 10:00**

24    **a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No.

25    27, before the undersigned.

26         2.  All parties are required to appear at the Status Conference, either by counsel or, if

27    proceeding in propria persona, on his or her own behalf.  Any party may appear at the status

28    conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the

1

courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

   3.  Plaintiff shall file and serve a status report on or before **March 16, 2018**, and defendant shall file and serve a status report on or before **March 23, 2018**.  Each party's status report shall address all of the following matters:

     a.  Progress of service of process;

     b.  Possible joinder of additional parties;

     c.  Possible amendment of the pleadings;

     d.  Jurisdiction and venue;

     e.  Anticipated motions and the scheduling thereof;

     f.  Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

     g.  Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

     h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action[1];

     i.  Whether the case is related to any other case, including matters in bankruptcy;

     j.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

     k.  Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

     l.  Any other matters that may aid in the just and expeditious disposition of this action.

---

[1]  The parties shall also address whether it is more appropriate to schedule this case consistent with administrative review, i.e., setting a deadline for the lodging of a record, the filing of a motion for summary judgment, the filing of opposition, etc., in lieu of a standard schedule.

1    4. The parties are cautioned that failure to file a status report or failure to appear at the

2    status conference may result in an order imposing an appropriate sanction.  See Local Rules 110

3    and 183.

4    Dated:  February 27, 2018

5

6    _____

7    DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   DLB:6
     DB/orders/orders.pro se/bratset0035.ossc.ord
24

25

26

27

28