UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | No. 2:16-cv-0035 KJM DB PS<br><br>ORDER |

**STATUS (PRETRIAL SCHEDULING) ORDER**

READ THIS ORDER CAREFULLY. IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY. A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in this action on March 30, 2018, at 10:00 a.m. before the undersigned.[1] Plaintiff Laura Bratset appeared on

---
[1] Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

her own behalf.  Attorney David Mishook appeared on behalf of defendant Winters Joint Unified School District.

After hearing, the court makes the following findings and orders:

**SERVICE OF PROCESS**

Service of process has been completed.  No further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendment to pleadings is permitted except with leave of court, good cause having been shown.  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609-10 (9th Cir. 1992).

**JURISDICTION/VENUE**

The court has jurisdiction over this action pursuant to 20 U.S.C. § 1415(i)(3).  Defendant does not dispute either jurisdiction or venue and both appear to be proper.

**SCHEDULE**

This action is proceeding on plaintiff's claim under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq.  Pursuant to the IDEA the court "(i) shall receive the records of the administrative proceedings; (ii) shall hear additional evidence at the request of a party; and (iii) basing its decision on the preponderance of the evidence, shall grant such relief as the court determines is appropriate."  20 U.S.C. § 1415(i)(2)(C).

Accordingly, on or before **May 25, 2018**, defendant shall lodge a copy of the administrative record, provide chambers with an electronic copy of the record, and serve a copy of the record on plaintiff.  Any motion seeking to supplement the record or conduct discovery must be heard before the undersigned on or before **August 3, 2018**.  The parties are cautioned to refer to the local rules, specifically Local Rule 230, regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar.

Each party shall file a motion for summary judgment on or before **October 5, 2018**.  Any opposition shall be filed on or before **October 26, 2018**, and any reply shall be filed on or before **November 2, 2018**.  The parties' motions for summary judgment shall be heard on Friday,

**November 9**, **2018**, at **10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.

**MISCELLANEOUS PROVISIONS**

There appear to be no other matters presently pending before the court that will aid the just and expeditious disposition of this matter.

Pursuant to Fed. R. Civ. P. 16(b), THE COURT SUMMARIZES THE SCHEDULING ORDER AS FOLLOWS:

1. A copy of the administrative record shall be lodged with the court on or before **May 25, 2018**;

2. Any motion seeking to supplement the record or conduct discovery must be heard before the undersigned on or before **August 3, 2018**;

3. Each party shall file a motion for summary judgment on or before **October 5, 2018**;

4. Any opposition shall be filed on or before **October 26, 2018**;

5. Any reply shall be filed on or before **November 2, 2018**; and

6. The parties' motions for summary judgment shall be heard on Friday, **November 9, 2018**, at **10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.

Dated: March 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bratset0035.sched.ord

3