UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al., | No. 2:16-cv-0035 KJM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiff, Laura Bratset, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 2, 2018, the undersigned issued a Status (Pretrial Scheduling) Order in this action. (ECF No. 83.) Pursuant to that order, defendant Winters Joint Unified School District was to "lodge a copy of the administrative record, provide chambers with an electronic copy of the record, and serve a copy of the record on plaintiff" on or before May 25, 2018. (Id. at 2.)

Although defendant has provided chambers with a physical copy of the record, defendant has not lodged a copy of the administrative record, provided chambers with an electronic copy of the record, or filed proof of serving plaintiff with a copy of the administrative record.

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendant show cause in writing within fourteen days of the date of this order as to why defendant should not be sanctioned for failing to comply with an order of this court.[1]

Dated: June 22, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bratset0035.osc2

---

[1] Defendant may comply with this order by lodging a copy of the administrative record, providing chambers with an electronic copy of the record, and filing proof of service on plaintiff with a copy of the administrative record.