UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BRATSET, et al., | No. 2:16-cv-0035 KJM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiff, Laura Bratset, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Noticed for hearing before the undersigned on November 9, 2018, are the parties' cross-motions for summary judgment. (ECF Nos. 109 & 110.)

However, on October 29, 2018, counsel for defendant filed a request to continue the November 9, 2018 hearing. (ECF No. 114.) Therein, counsel explains that a family commitment has arisen that will take counsel out of state. (Id. at 1.) Although counsel is willing to appear telephonically if necessary, counsel believes "it would be beneficial for the Court and his client's interests to appear in person[.]" (Id. at 1-2.) Good cause appearing, defendant's motion will be granted.

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The November 9, 2018 hearing of the parties' cross-motions for summary judgment is continued to **Friday, December 7, 2018, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. All parties are required to appear at the hearing, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a party may not appear telephonically over a cellphone.

Dated: November 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bratset0035.cont.hrg.ord